<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2237

BRIDGETTE NEAL, a/k/a Bridgette T. Neal,

Plaintiff – Appellant,

v.

DUKE ENERGY; PIKE ELECTRIC; SC PUBLIC WORKS; USA, any & all State, County, Government & City Individuals, acting in official capacity regarding this case; MACK PEST, listed as defendant twice; GREGORY'S PEST; SPENCER PEST; ADT; TICI, listed as defendant twice; REWA; GREENVILLE WATER SYSTEMS; PIEDMONT NATURAL GAS; FORT HILL NATURAL GAS; LAURENS ELECTRIC; ALLSTATE INSURANCE; GEICO SERVICE SOLUTIONS; SOUTHERN MECHANICS; ASHMORE BROTHERS; PRIME LINE COMMUNICATIONS, listed as defendant twice; GALLOWAY BELL; BROOKSHIRE COLLECTIONS; CHARTER COMMUNICATIONS; DIPPLE PLUMBING; MERIDIAN HOMES; BLOOD CONNECTION, THE; BOWERS; AMBULANCE SERVICE; TERMINIX, listed as defendant twice; HIRED KILLERS; SCOPE VEHICLES, Service Vehicles for the State of South Carolina Etc; TEACHY; ORKIN; SOUTHERN REMODEL, listed as defendant twice; ROTO ROOTER; SENIOR SOLUTIONS, listed as defendant twice; JOHNSON'S TOWING; WESTMORELAND SERVICES; PROTECT; SAFELITE; EASTERGUARD; ACI, private contractor for Charter; ALTEC; SIMPLE GRIMMELL; ALL STATE, COUNTY, AND CITY LAW ENFORCEMENT VEHICLES, including other counties of the States, especially South Carolina, North Carolina, Georgia, Tennessee and Alaska thru Wyoming; SOUTH CAROLINA HIGHWAY PATROL; TRANSPORTATION POLICE; SLED; USA GOVERNMENT VEHICLES; CPW; NEWS CENTER 4; NEWS CHANNEL 7; NEWS CHANNEL 3; FOX NEWS; BUDWEISER, listed as defendant twice; COCA COLA; PEPSI; CHEERWINE; TRU-GREEN CHEMLAWN; PRINCE TELECOM; INVISIBLE FENCE; TRANE; MISTER SPARKY; AT&T; VERIZON; DTV; NUVOX COMMUNICATIONS; GHA; GHS; GREENVILLE COUNTY SCHOOL VEHICLES; GREENVILLE CITY WORK VEHICLES; GREENVILLE AMBULANCE AND FIRE DEPARTMENT VEHICLES; UPS; FEDEX; DSL; QUALITY ELECTRIC; HOMES OF HOPE CONSTRUCTION; YELLOW CAB, listed as defendant twice; ELITE CAR SALES; ELITE; CHASTAIN MOTOR VEHICLES; FAMILY AUTO

VEHICLES; GREENVILLE SERVICE HEATING AND AIR; ABC HEAT & AIR; AAA; PALMETTO WINDOW; BLINDS AMERICA; SOUTHERN PIPING; SPC; RANDALLS POOL SVC; AIR CAROLINA; ALLSTATE NATIONAL CATASTROPHE TEAM; AMERICAN LIGHTING; BLANKENSHIP; BRINKS; CHS; CMC; CMS; COMFORT SYSTEMS USA; COMFORT ZONE; CRITICAL DELIVERY; GS MECHANICAL HEATING AND AIR; GUTTER REMOVAL; HENRY SCHEME PRO SVC; JH STEWART; JASON'S PLUMBING; MCGOWEN ELECTRIC; MIKE WILLIMON TOWING; PIEDMONT SECURITIES; PRIMUS; QUALITY ON TAP KEEN ELECTRIC; REFRIGERATOR SERVICES INC, listed as defendant twice; RON'S AIR DUCT; SEARS; STAY BACK 50 FEET; SUMMIT DESIGNS; TAYLORS ELECTRIC; ACCU READ, listed as defendant twice; ADV; ASG; AARON'S RENTAL; APEX TERMITE; AUTHORIZED APPLIANCE DEALER; AUTHORIZED COMMERCIAL SERVICE; BLESS OUR HEART CONSTRUCTION; CAROLINA FIRE SERVICE; CAROLINA HEATING AND AIR; CAROLINA LEASE; CHAMPION; CLEMENTS ELECTRICAL; CLIMATE CONTROL, listed as defendant twice; COMPASS; DEAN HUNTER MOISTURE CONTROL; DUTTON REFRIGERATION, listed as defendant twice; EXCEL ELECTRIC, listed as defendant three times; FSI OFFICE; FAMILY EXTERMINATOR; FLEET PRIDE; FREE JUNK CAR REMOVAL TOW TRUCK; GANTT FIRE DEPARTMENT, along with others in the State of South Carolina; listed as defendant twice; GEEKSQUAD; GUNTER HEATING AND AIR; HARPER CONSTRUCTION; HAYES & LUNSFORD ELECTRIC; HOT SPRINGS POOLS AND SPAS; JENNINGS DILL INC; JON SCOTT CONTRACTOR; MCGEE HEATING AND AIR; MR RILEY'S PLUMBING; NAPA AUTO PARTS; PIEDMONT DESIGN INSTALLATIONS; PILKINGTON, listed as defendant twice; PLUM MAX; POINSETT WRECKER, listed as defendant twice; PRIORITY ONE; QUALITY CONTROL; RAIN TECH; RAPID RECOVERY; RENT A CENTER; RENTAL ONE; S H CARTER; S&L TOW; SC ANIMAL CONTROL VEHICLES; SEC; SERVICE MASTER, listed as defendant twice; SERVICE SOLUTIONS; SHORT-TERM HOUSING; STAR BUILDER, listed as defendant twice; STATE FARM, listed as defendant twice; STOVER MECHANICAL; SUNBELT RENTALS; THOMPSON TOWING; TYCO-ADT; UNITED RENTALS; UTILITY QUEST; WALDROP MECHANICAL; WATTS BROTHERS CABLE; AIR CARE; ANDERS INC; ANDERS INC HEATING AND AIR; ANDERSON ELECTRIC; BLE; BAILEY'S H&AIR; CABLE FOR LESS; CAROLINA FIRE SVC; CINTAS; COMPASS PEST; CONSOLIDATED UTILITY, listed as defendant twice; CORLEY PLUMBING & ELECTRIC; COUSINS TOW; DENNIS COMP; DIVERSIFIED ELECTRIC; ELDECO; FOREVER GREEN LAWN CARE; FUTURE ELECTRIC; G-FIVE; GARDA; GREENVILLE PEST; GREGORY ELECTRIC; HAWKINS TOW; HOLDER ELECTRIC; HOT OR COLD; INTEGRITY; JOHNSON'S ELECTRIC; KNIGHT ELECTRICAL; LAB CORP; LATINA TOW; MAINLINE ELECTRIC; MASSEY ELECTRIC; MCALISTER; MCALISTER HEATING AND AIR; MEANS MOBILE WELD; MOON AND FREEMAN; MOTOROLA NUMBER 3506; NATURAL LAWN OF

AMERICA; OXNER LANDSCAPING; PARKER FIRE DEPARTMENT; PAUL S JONES HOME IMPROVEMENT; PEACH TREE PEST; PIEDMONT ELECTRICIANS SERVICE EXPERTS; PLUMB MAX; PREMIERE LANDSCAPE; PRO HEAT; PROSVC; PROGRESSIVE; REWA; REWELLA; SC TELCO; SFI; SHARP; STRICKLAND SERVICES; SUMTER UTILITIES; SUNBELT; SYSTEMS INTEGRATIONS; TMC ELECTRIC; TITAN PEST; TOTAL COMPANY, and All of their Adjoined Private and Independent Contractors; listed as defendant twice; TRIPLEX; TRITEC INC; UTILITY USA; WALDROP HEATING AND AIR; AAA LOCKSMITH; ALASKA-WYOMING LED'S, Counties and Cities of; BEAM; BIG O'DODGE PARIS SHUTTLE; BUDGET CAB; CAROLINA BUILDING AND RESTORATION; CAROLINA EXPRESS DELIVERY; CAROLINA HEATING; CAROLINA PEST; CAROLINA SERVICES; CENTIMARK; CHILLER TEK; CONWAY FREIGHT; CRUESADE-RENTERS; DAVIS ELECTRIC; DEPARTMENT; EARLE FURNAN LLC; ENTERPRISE LEASING COMPANY; ENVIRO LAWN; FBI, and others; of the United States Government; listed as defendant twice; FRIER ELECTRIC; GANTT SEWER; GODFATHER PEST, THE; GRAINGER; GREENVILLE FORENSICS; HAGAN KENNINGTON; HARRISON LIGHTING; L HATCHER ROOFING; O'SHIELDS ROOFING; OGELS OXYGEN; OXNER; PENSKE; PLC PRIME LINE; PREMIERE CONCRETE; RAM TECH; RYDER; RENNAS; ROBERT HALL PLUMBING; SECRET POLICE; SWIFT FREIGHT; SCOPE ELECTRIC; SOUTH MECHANIC; TV INSPECTION UNIT; TREE MASTER; TRIANGLE CONSTRUCTION; UNITED STATES, THE; UTILITY QUESTION; WALDROP H&A; WE BUY BROKEN PHONES; XCLUSIVE SERVICES; 1-800-NOWLAWN; CENTER; DESIGNS; DIAMONDS SPRINGS; DUNCAN FIRE DEPARTMENT; ELECTRIC; MILLER LITE; ORS, etl; OXNER IMPORT AUTO MALL VEHICLES; PERFORMANCE RADIATOR; RAY WALKER TRUCKING; SH CARTER; SHAWLEY'S SHORELINE CONSTRUCTION; TOW; USA PUBLIC WORKS; UHAUL; UPSTATE MULCH; P-N-GAS; DISH NETWORK, etl their contractors,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville. Timothy M. Cain, District Judge. (6:12-cv-01995-TMC)

———————————

Submitted: January 9, 2013   Decided: February 13, 2013

———————————

Before DAVIS, WYNN, and FLOYD, Circuit Judges.

———————————

3

Affirmed by unpublished per curiam opinion.

Bridgette Neal, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bridgette Neal appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>